UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAIN WHITMAN,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>ACTING COMMISSIONER<br>SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | CIVIL NO. 3:22-cv-01090-DJS |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | | |
|---|---|---|
| KILOLO KIJAKAZI<br>Acting Commissioner<br>Social Security Administration | SHAIN WHITMAN<br>Plaintiff | IT IS SO ORDERED:<br><br>_____<br>Daniel J. Stewart<br>U.S. Magistrate Judge |
| By Her Attorneys, | By His Attorney, | Dated: 5/8/2023<br>   Albany, NY |
| Carla B. Freedman,<br>United States Attorney | | |
| */s/ Johanny Santana*<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Boulevard<br>Baltimore, MD 21235<br>(212) 264-4401<br>Johanny.Santana@ssa.gov | */s/ Peter Gorton*<br>Lachman, Gorton Law Firm<br>P.O. Box 89<br>1500 East Main Street<br>Endicott, NY 13761-0089<br>607-754-0500<br>Fax: 607-748-6978<br>office@lglaw.org | |